

**RECEIVED**
NOV 22 2016
**PRO SE OFFICE**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

pro se SKiboKY SHAVAR STORA
559 vermont Street BrookLyN
NY 11207

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

The city of New York (New York police department) et al

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

CV 16 - 6504

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes   ☒ No
*(check one)*

JuDge Trial DemanD

**MAUSKOPF, J.**

**LEVY, M.J.**

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.



## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Skiboky Stora |
| Street Address | 554 ver mont St |
| City and County | Brooklyn NY |
| State and Zip Code | NY 11207 |
| Telephone Number | (718) 566 -2740 |
| E-mail Address | |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Carl mclaughlin |
| Job or Title (if known) | Detective |
| Street Address | 2820 Snyder Av |
| City and County | Brooklyn NY 11226 |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

Defendant No. 2

    Name                         67th Precient

    Job or Title
    (if known)

    Street Address        2820 Shyder ave

    City and County       Brooklyn Ny 11226

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)


Defendant No. 3

    Name

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)


Defendant No. 4

    Name

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒   State or local officials (a § 1983 claim)

☐   Federal officials (a *Bivens* claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

This action is brought under 42 U.S.C. settion 1983 in conjunction with the fourth, Eighth and fourteenth Amehdment to the United States constitution and the constitutional statutory and common laws of New York state.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

_____

4

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

When The door swing open I was hit in my head, this Injury causes me headache Due to the stress and Trauma the has compounded my post trarmatic stress Disorder

## V.    Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am Requesting the court to compensate me in the amount of one million dollars due to physical and emotional damages This incident has caused immense pain and suffering for me.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**III.    Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The event arise on November 15, 2016 . at 559 vermon street Brooklyy NY 11207 Inside the claimant/plaintiff Skiboky StoRa home.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

6;30am November 15, 2016

C.    What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

on voVember 15 2016 I Skiboky stoRa heard Kicking at my house Door and then I went to see who it when I walked up to my house Door to look Through The peep hole the Door open and hith me in my Head. The police from the 67th preCint had Kicked open my house Door. when I asked the police for a copy of the warrant they the police showed me Skiboky stoRa a photograph of myself and stated there was a complaint for my arrest. I was The arrested, and brought to the 67th preCint, I was then arrested under this ARRest # K16681548 , Docket 2016 KN 066960 and I was Harrassed by Detective Carl McLaughlin. about a lawsuit I have filed against nem on august 15.2016 in Brooklyn federal court Case # 1:16-CV-04591. I Skibok StoRa, Told him that he should not be addressing me because I am the plaintiff against him in a false arrest Case. Carl McLaughlin replied he can do whatever he wants to me in front of the leivtenant at the front Desk at the 67th preCint that Day.

## A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __11/22__, 20_16_.

Signature of Plaintiff _____

Printed Name of Plaintiff ___SKiboKY    StoRg_____

7