**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMENDED COMPLAINT

16-CV-6504

Skiboky Shavar Stora,

                         plaintiff,

-Against-

OFFICER Carl McLaughlin; and OFFICER VALRIE BEASLEY



RECEIVED DEC 20 2018 PRO SE OFFICE

1. On November 15, 2016, plaintiff Skiboky Shavar Stora, was arrested under the arrest number: K16681548 and fictitious name Shavar S Stora, claimant while at his home located at 559 Vermont Street Brooklyn N.Y. 11207 around 6.00 am. During the arrest, claimant Skiboky Stora was hurt when officer Beasley kicked open the door to claimant home and the door hit claimant in the head. Plaintiff was arrested and brought to the New York City Police Department - 67th Precinct located at 2820 Snyder avenue Brooklyn N.Y.11226. At the 67th precinct plaintiff was "harassed by Officer Carl McLaughlin to withdraw the claimant lawsuit that claimant has against Officer Carl McLaughlin Under docket number 16-CV-4541 before Judge Korman filed August 15 2016. Claimant Skiboky Stora, then told officer Carl McLaughlin that he will not withdraw the lawsuit against him; and to stop asking questions about that case because plaintiff Skiboky Stora is represented by counsel in that case. Officer Carl McLaughlin then started yelling at the plaintiff by saying that "he is a New York City police officer and that he can ask the plaintiff skiboky Stora anything he wants" to about the lawsuit that was filed against him Under docket number 16-CV-4541.
OFFICER Valerie Beasley lied on the arrest report Arrest ID: K16681548 by putting the wrong arrest Location which states "2820 Snyder Ave, Brooklyn, NY 11226 "as the arrest location which the real arrest Location was the claimant home located at 559 Vermont Street Brooklyn N.Y. 11207 on November 15, 2016 around 6.00 am.

2. The item of damage or injuries claimed are:
Violation of statutory rights under 42USC 1983 for (One Million) ($1,000,000.00) U.S Dollars
Total amount claimed is for (One Million) ($1,000,000.00) U.S Dollars

3. OFFICER Carl McLaughlin and OFFICER Valerie Beasley violated 440 Civil Rights- other Civil Rights 42:1983 Civil Rights on November 15, 2016.

4. Defendant OFFICER Carl McLaughlin job is located at the New York City Police Department - 67th Precincts located at 2820 Snyder avenue Brooklyn N.Y. 11226.

5. Defendant OFFICER Valerie Beasley job is located at the New York City Police Department - 67th Precincts located at 2820 Snyder avenue Brooklyn N.Y. 11226

6. See attachment the Arrest report K16681548 Exhibit one pages 1 of 3

PLEASE TAKE FURTHER NOTICE that by reason of the foregoing, Claimant was damaged in the sum of (One Million) ($1,000,000.00) U.S Dollars Plus interest and costs.

The undersigned Claimant therefore presents this claim for adjustment and payment. You are hereby notified that unless it is adjusted and paid within the time provided by law from the date of presentation to you, the claimant intends to commence on this claim.

*[signature]*

Skiboky Stora claimant
559 vermont street Brooklyn NY 11207
718257 4438
12/ 20/2018

Sworn before me on 12/20/2018

*[signature: Amanda Heywood]*

AMANDA HEYWOOD
Notary Public, State of New York
No. 04HE6193922
Qualified in Kings County
Commission Expires September 22, 2020

Page 2 of 2