UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
SKIBOKY SHAVAR STORA,

                Plaintiff,                      REPORT AND
                                                          RECOMMENDATION

   -against

                                                                16 CV 6504 (RRM)(RML)

THE CITY OF NEW YORK, *et al.*,

                Defendants.
--------------------------------------------------X
LEVY, United States Magistrate Judge:

        Plaintiff *pro se* Skiboky Shavar Stora ("plaintiff") commenced this action on November 22, 2016, asserting claims under 42 U.S.C. § 1983. (See Complaint, dated Nov. 22, 2016, Dkt. No. 1.) By order dated September 26, 2018, the Honorable Roslynn R. Mauskopf, United States District Judge, granted plaintiff's application to proceed *in forma pauperis*, dismissed his claims against the City of New York, the N.Y.P.D., and the 67th Precinct, and granted plaintiff leave to file an amended complaint. (See Memorandum and Order, dated Sept. 26, 2018, Dkt. No. 6.) Plaintiff filed an amended complaint, adding defendants, on December 20, 2018. (See Amended Complaint, dated Dec. 20, 2018, Dkt. No. 11.) On January 11, 2021, Judge Mauskopf granted in part and denied in part defendants' motion to dismiss and recommitted this case to me for pre-trial supervision. (See Memorandum and Order, dated Jan. 11, 2021, Dkt. No. 37.)

        On January 25, 2021, I issued an order scheduling a telephone conference for February 3, 2021 at 4:00 p.m. and advising the parties that the court would initiate the call. (See Order, dated Jan. 25, 2021.) Plaintiff was unreachable and did not attend that conference. By letter, defendants' counsel detailed his efforts to contact plaintiff to advise him of the conference

on four occasions at two different telephone numbers. (See Letter of Joshua Kaufman, Esq., dated Feb. 4, 2021, Dkt. No. 30.) I therefore rescheduled the conference for March 17, 2021 and provided dial-in information. (See Minute Entry, dated Feb. 3, 2021.) My order advised plaintiff that his failure to appear or request an adjournment could result in sanctions, including a possible dismissal of this case for failure to prosecute. (Id.) Defendants' counsel served a copy of that order on plaintiff at his last known address. (See Declaration of Service by Mail, dated Feb. 12, 2021, Dkt. No. 40.)

On March 17, 2021, plaintiff again failed to appear. My minute entry described defendants' counsel's attempts to reach plaintiff and advised that the court would recommend that this case be dismissed for failure to prosecute. (See Minute Entry, dated Mar. 17, 2021.) Defendants' counsel served a copy of that Minute Entry on plaintiff by regular mail. (See Declaration of Service by Mail, dated Mar. 22, 2021, Dkt. No. 41.)

To date, plaintiff has not contacted the court or made any effort to pursue his claims. Accordingly, I am constrained to recommend that this case be dismissed for lack of prosecution.

Any objections to this Report and Recommendation must be received within fourteen (14) days. Failure to file objections within the specified time waives the right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72, 6(a), 6(d).

Respectfully submitted,

/s/
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
      April 29, 2021